UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN ALBERTO OSUNA GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR AND FACILITY ADMINISTRATOR,<br><br>Respondent. | CASE NO. 2:25-cv-02242-TL-TLF<br><br>ORDER ON REPORT AND RECOMMENDATION |

This matter is before the Court on the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. No. 11. Petitioner did not file objections. Having reviewed the Report and Recommendations and the remaining record, the Court ORDERS:

(1)    The Report and Recommendation is ADOPTED; and

(2)    Petitioner's federal habeas corpus petition is DENIED and DISMISSED.

Dated this 17th day of February, 2026.

_____
Tana Lin
United States District Judge

ORDER ON REPORT AND RECOMMENDATION – 1